UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CASE NUMBER 4:25-CR-00220 |
| CATHY LYNN TRIPLETT (3) | § § § | |

## ORDER

Because the above-named defendant has testified under oath or has otherwise satisfied this court that the defendant (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender is appointed to represent this person in the above-designated case.

The appointment shall remain in effect until terminated or a substitute attorney is appointed.

**IT IS SO ORDERED.**

Signed November 24, 2025.

_____
DON BUSH
UNITED STATES MAGISTRATE JUDGE