UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| v. | § § § § | NO: 4:25-CR-220 |
| CATHY LYNN TRIPLETT (3) | § | |

ORDER

This case is set for **Pretrial Conference** on **January 6, 2026 at 9:00am,** with **Jury Selection and Trial set January 12, 2026 at 9:00am,** before United States District Judge **Robert W. Schroeder** in Texarkana, Texas.

It is, further, **ORDERED** that, pursuant to Federal Rule of Criminal Procedure 11(e)(5) and the holding of the Fifth Circuit Court of Appeals in *United States of America v. Ellis,* 547 F.2d 863 (5th Cir. 1977), the deadline for notifying the Court of any plea bargain or plea agreement entered into by the parties in this cause **December 23, 2025, by 3:00pm.** No plea bargain or plea agreement entered into after that date shall be honored by this Court without good cause shown for the delay.

It is so **ORDERED**.

Signed this 24th day of November, 2025.

_____
DON BUSH
UNITED STATES MAGISTRATE JUDGE