UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § § | CASE NUMBER 4:25-CR-00220 |
| CATHY LYNN TRIPLETT (3) | § | |

## WAIVER OF DETENTION HEARING

I, **CATHY LYNN TRIPLETT,** having been charged in the Indictment, having appeared before the court and been advised of my rights as required by Title 18 U.S.C. Section 3142 et seq., including my right to have a detention hearing, do hereby waive (give up) my right to a detention hearing and agree to be held in custody pending disposition of this matter.

_____
Defendant

_____
Defendant's Attorney

Date: November 24, 2025