UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CASE NUMBER 4:25-CR-00220 |
| CATHY LYNN TRIPLETT (3) | § § § | |

## ORDER OF DETENTION

The court held a hearing to consider the matter of Defendant's detention pending trial. Defendant waived their right to a detention hearing. It is therefore

ORDERED that the Defendant is detained pending trial without prejudice to her re-raising the issue of pretrial detention if circumstances change.

Signed December 03, 2025.

_____
AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE