# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Cathy Lynn Triplett (3)<br><br>_____<br>Defendant | )<br>)  Case No. 4:25cr220<br>)<br>)<br>)<br>) |

11:00 am Nov 13, 2025
**RECEIVED**
**EASTERN DISTRICT OF TEXAS**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Cathy Lynn Triplett (3) ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1- 21 U.S.C. § 846- Conspiracy to Distribute or Possess with Intent to Distribute or Dispense Methamphetamine
Count 3- 18 u.s.c. §924(c)- Possession of a Firearm in Furtherance of a Drug Trafficking Crime

Date: 11/12/2025

*David A. O'Toole*
*Issuing officer's signature*

City and state: Sherman, Texas

David A. O'Toole, Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 11-12-25 , and the person was arrested on *(date)* 11-19-25
at *(city and state)* Whcap from Dallas Co.

Date: 11-20-25

*Arresting officer's signature*

Blake Battjes DUSM
*Printed name and title*