CLOSED

# U.S. District Court
# Northern District of Texas (Dallas)
# CRIMINAL DOCKET FOR CASE #: <u>3:26–mj–00794–BW</u>–1

Case title: USA v. Triplett

Date Filed: 06/30/2026

Other court case number: 4:25–cr–00220–RWS–JB Eastern District of Texas, Sherman Division

Date Terminated: 07/01/2026

Assigned to: US Magistrate Judge
Brian McKay

**<u>Defendant (1)</u>**

**Cathy Lynn Triplett**
*TERMINATED: 07/01/2026*

represented by **Federal Public Defender**
Federal Public Defender – Dallas
525 Griffin St
Suite 629
Dallas, TX 75202
214–767–2746
Fax: 214–767–2886
Email: jason_hawkins@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Public Defender Appointment*
*Bar Status: Admitted/In Good Standing*

| **<u>Pending Counts</u>** | **<u>Disposition</u>** |
|---|---|
| None | |

| **<u>Highest Offense Level (Opening)</u>** | |
|---|---|
| None | |

| **<u>Terminated Counts</u>** | **<u>Disposition</u>** |
|---|---|
| None | |

| **<u>Highest Offense Level (Terminated)</u>** | |
|---|---|
| None | |

| **<u>Complaints</u>** | **<u>Disposition</u>** |
|---|---|
| Rule 32 Arrest – Supervised Release | |

1

**Plaintiff**

**USA**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/30/2026 | 1 | Rule 32 Arrest as to Cathy Lynn Triplett. In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements and Judge Specific Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. (mcrd) (Entered: 06/30/2026) |
| 07/01/2026 | 2 | ELECTRONIC Minute Entry for proceedings held before US Magistrate Judge Brian McKay: Initial Appearance as to Cathy Lynn Triplett held on 7/1/2026. Date of Arrest: 7/1/2026. Defendant remanded into the custody of the USMS. Attorney Appearances: AUSA – Abby Policastro; Defense – Doug Morris. (No exhibits) Time in Court – :06. (Court Reporter: Nikki Barr) (mcrd) (mcrd). (Entered: 07/07/2026) |
| 07/01/2026 | 3 | (Document Restricted) CJA 23 Financial Affidavit by Cathy Lynn Triplett. (mcrd) (Entered: 07/07/2026) |
| 07/01/2026 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Cathy Lynn Triplett. Federal Public Defender for Cathy Lynn Triplett appointed. (Ordered by US Magistrate Judge Brian McKay on 7/1/2026) (mcrd) (Entered: 07/07/2026) |
| 07/01/2026 | 5 | WAIVER of Rule 32.1 Hearings by Cathy Lynn Triplett. (mcrd) (Entered: 07/07/2026) |
| 07/01/2026 | 6 | Report of Proceedings under Rule 32.1 and Order Entered Thereon as to Cathy Lynn Triplett. Defendant is removed forthwith to the district in which he is charged. Paperwork sent to Eastern District of Texas, Sherman Division. (Ordered by US Magistrate Judge Brian McKay on 7/1/2026) (mcrd) (Entered: 07/07/2026) |

2

**Sealed documents are no longer available in CM/ECF or via PACER.**

**Please contact the court directly to request access to the document.**

**Reference for court use only**

https://storage.gtwy.dcn:8443/v1/file/txnd.3508317828.11832718.459992.json

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| JUDGE: BRIAN McKAY | | |
|---|---|---|
| DEPUTY CLERK: S. Todd | COURT REPORTER/TAPE NO: Nikki Barr | |
| LAW CLERK: | USPO/PTSO: | |
| INTERPRETER: N/A | COURT TIME: 10:52-10:58 | |
| A.M. | P.M. | DATE: July 1, 2026 |

☑ MAG. NO.      ☐ DIST. CR. NO.  3:26-mj-00794-BW *SEALED*

| UNITED STATES OF AMERICA | § | Abby Policastro _____, AUSA |
|---|---|---|
| | § | |
| v. | § | _____ ☐ |
| | § | |
| | § | Doug Morris (F) _____ F |
| CATHY LYNN TRIPLETT (1) | § | COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F) |

☑ INITIAL APPEARANCE ☐ IDENTITY ☐ BOND HEARING ☐ PRELIMINARY HEARING
☐ DETENTION HEARING ☐ COUNSEL DETERMINATION HEARING ☐ REMOVAL HEARING ☐ EXTRADITION HEARING
☐ HEARING CONTINUED ON _____ 6/30/2026 CASE NO. _____ ☐ OTHER DISTRICT ☐ DIVISION
☑ DATE OF FEDERAL ARREST/CUSTODY: ☐ SURRENDER _____
☑ RULE 5/32 ☐ APPEARED ON WRIT
☑ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES ☐ PROBATION/SUPERVISED RELEASE VIOLATOR
☐ DEFT FIRST APPEARANCE WITH COUNSEL.
☐ DEFT ☐ MW (MATERIAL WITNESS) _____ APPEARED ☐ WITH ☐ WITHOUT COUNSEL
☑ REQUESTS APPOINTED COUNSEL.
☑ FINANCIAL AFFIDAVIT EXECUTED.
☑ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☐ PRIVATE COUNSEL APPOINTED _____
☐ DEFT HAS RETAINED COUNSEL _____
☐ ARRAIGNMENT SET ☐ DETENTION HEARING SET _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL – 1 2026
CLERK, U.S. DISTRICT COURT
By_____
Deputy

☐ PRELIMINARY HEARING SET _____ ☐ BOND HEARING SET _____
☐ COUNSEL DETERMINATION HEARING SET _____
☐ IDENTITY/REMOVAL HEARING SET _____
☐ BOND ☐ SET ☐ REDUCED TO $ _____ ☐ CASH ☐ SURETY ☐ 10% ☐ PR ☐ UNS ☐ 3RD PTY ☐ MW
☐ NO BOND SET AT THIS TIME, ____ DAY DETENTION ORDER TO BE ENTERED.
☐ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☑ ORDER OF DETENTION PENDING TRIAL ENTERED.
☐ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED ☐ DEFT ☐ MW RELEASED ☐ STATE AUTHORITIES ☐ INS
☑ DEFT ☐ MW REMANDED TO CUSTODY.
☑ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT (ID only)
☑ WAIVER OF ☐ PRELIMINARY HEARING ☑ RULE 5/32 HEARING ☐ DETENTION HEARING
☐ COURT FINDS PROBABLE CAUSE ☐ ID ☐ PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☐ FED. R. CRIM. P. 5(f)(1) ORAL ORDER ISSUED. WRITTEN ORDER TO FOLLOW.

☐ REMARKS: _____

4

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

UNITED STATES OF AMERICA    §
            §
v.            §   Case No. 3:26-mj-00794-BW *SEALED*
            §
CATHY LYNN TRIPLETT (1)    §

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The Court, having considered the Financial Affidavit of the Defendant, finds that the Defendant is financially unable to obtain counsel.

IT IS, THEREFORE, ORDERED pursuant to Title 18, United States Code, Section 3006A, that the Federal Public Defender for the Northern District of Texas is appointed as counsel of record for the above named Defendant. Such appointment shall be for all proceedings, including any appeal.

SIGNED 1st day of July, 2026.

_____
BRIAN McKAY
UNITED STATES MAGISTRATE JUDGE

5

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Case No. 3:26-mj-00794-BW *SEALED* |
| | § | |
| v. | § | |
| | § | |
| CATHY LYNN TRIPLETT (1) | § | Charging District's Case No. 4:25-cr-00220-RWS-JB |

FILED

JUL - 1 2026

CLERK, U.S. DISTRICT COURT

By_____
          Deputy

## WAIVER OF RULE 32.1 HEARING
### (Violation of Probation or Supervised Release)

I understand that I have been charged with violating the conditions of probation or supervised release in a case pending in another district, the Eastern District of Texas, Sherman Division.

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;

(4)     a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to occurred in this district; and

(5)     a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release from custody.

I agree to waive my right(s) to:

☐     an identity hearing and production of the judgment, warrant, and warrant application.

☐     a preliminary hearing.

☐     a detention hearing.

☑     an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☑ preliminary hearing and/or ☑ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:     _____ day of July, 2026

_____
Defendant's signature

_____
Signature of defendant's attorney

_____
Printed name of defendant's attorney

6

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Case No. 3:26-mj-00794-BW *SEALED* |
| | § | Other Dist. Docket No. 4:25-cr-00220-RWS-JB |
| v. | § | Charge Pending: |
| | § | Eastern District of Texas |
| CATHY LYNN TRIPLETT (1) | § | Sherman Division |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL - 1 2026

CLERK, U.S. DISTRICT COURT
By_____
Deputy

## REPORT OF PROCEEDINGS UNDER RULES 32.1
### AND ORDER ENTERED THEREON

The defendant is charged in the above-referenced district with violating conditions of probation or supervised release. Having been arrested in this district on a warrant issued on the petition to revoke probation or supervised release, she appeared before me for proceedings as follows:

---

**32.1(a)(5)(A) :** ☐ The alleged violation occurred in this district.

☐ The defendant waived preliminary hearing.

☐ Based on the evidence presented during preliminary hearing, the Court finds that:

☐ There is probable cause to believe that a violation occurred.

☐ There is NOT probable cause to believe that a violation occurred.

---

**32.1(a)(5)(B):** ☐ The alleged violation did not occur in this district.

☐ The government has produced certified copies of the judgment, warrant, and warrant application.

☐ The defendant waived production of certified copies of the judgment, warrant, and warrant application.

☒ The Court finds that the person before the Court is the defendant named in the warrant because:

☒ The defendant waived identity hearing.

☐ An identity hearing was conducted, and the defendant's identity was established.

☐ The Court finds, based on the evidence presented during an identity hearing, that the person before the Court is NOT the defendant named in the warrant.

☒ The defendant waived detention hearing in this district and requested that detention hearing be held in the prosecuting district.

7

Case 4:25-cr-00009-VBS-JBB  Document 42  Filed 07/01/26  Page 28 of PageID #:
ORDER ENTERED ON THE FOREGOING REPORT
Case 3:26-mj-00794-BW     Document 7   Filed 07/07/26     Page 8 of 8     PageID 18

TO:  UNITED STATES MARSHAL

 You are commanded to remove the above-named defendant forthwith to the district in which she is charged and there deliver her to the United States Marshal for that district or to some other officer authorized to receive her.

☐ It is ORDERED that this defendant be released from custody on bond pending further proceedings.

☐ It is ORDERED that this defendant be discharged.

SIGNED:  07/01/2026

(Use Other Side for Return)

_____
Brian McKay
United States Magistrate Judge

8