AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  4:25cr220(3) |
| Cathy Lynn Triplett | ) | |
| | ) | |
| | ) | |
| | ) | |

_____
*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Cathy Lynn Triplett                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☑ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18:3142(c)  Violation for Action on Conditions of Pretrial Release

Date:      06/25/2026                                              _David A. O'Toole_
                                                                           *Issuing officer's signature*

City and state:      Sherman, TX                              David A. O'Toole, Clerk
                                                                           *Printed name and title*

| Return |
|---|

This warrant was received on *(date)*  June 30, 2026 , and the person was arrested on *(date)*  June 30, 2026
at *(city and state)*  Dallas, Tx                    .

Date:  June 30, 2026                                    _M Mata_
                                                                           *Arresting officer's signature*

                                                        Miguel Mata  Deputy U.S. Marshal
                                                                           *Printed name and title*


USMS